# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

EARL LAMB                                                                                                   PLAINTIFF

V.                              CASE NO. 3:17-CV-00284-BD

SOCIAL SECURITY ADMINISTRATION                                              DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of the Social Security Administration, is REVERSED, and this case is REMANDED for proceedings specified in the Court's order.

SO ORDEERED, this 1st day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE