# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**EARL LAMB**                                                                               **PLAINTIFF**

**V.**                     **CASE NO. 3:17-CV-284-BD**

**SOCIAL SECURITY ADMINISTRATION**                      **DEFENDANT**

## ORDER

Plaintiff Earl Lamb has moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Docket entry #19) He seeks fees and expenses in the amount of $3,211.27. (*Id.*) The Commissioner does not object to the amount requested. (#22)

Mr. Lamb's motion (#19) is GRANTED, and the Commissioner is directed to pay $3,211.27 in fees and expenses, subject to offset if he has outstanding government debt.

IT IS SO ORDERED, this 29th day of January, 2019.

                                             _____
                                             UNITED STATES MAGISTRATE JUDGE